PROB 12C
(6/16)

Report Date: November 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert D. Edmondson | Case Number: 0980 2:13CR00144-RMP-1 |
| Address of Offender: ███████████, Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: April 21, 2014 | Date of Resentence: August 23, 2016 |
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence: | Prison - 78 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: May 17, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #10**: The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: On or about August 30, 2019, Robert Edmondson traveled outside the Eastern District of Washington without authorization.

On September 6, 2019, the undersigned officer spoke with Mr. Edmondson in regard to conducting an unscheduled home visit. During that conversation, the offender casually mentioned that he had gone to Seattle, Washington, the week prior to look for work. He was subsequently instructed to report to the U.S. Probation Office on that date to further discuss the unauthorized travel.

On September 6, 2019, Mr. Edmondson reported to the U.S. Probation Office as instructed; when asked about his unauthorized travel outside of the district, his response was: "I don't look at my conditions every day."

Prob12C
Re: Edmondson, Robert D.
November 25, 2019
Page 2

On that date, the offender also submitted to random urinalysis testing and provided a urine sample that presumptive positive for methamphetamine, which he admitted to, although he denied using any illicit substances while in Seattle.

2    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 4, 2019, Robert Edmondson admitted to the use of methamphetamine.

On May 21, 2018, an officer with the USPO in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 6, 2019, this officer attempted to get in contact with Mr. Edmondson to inquire about his schedule for the day, as this officer was planning to conduct an unscheduled visit with him at his residence. When he finally responded, Mr. Edmondson mentioned he had traveled to the Western District of Washington for work related purposes. Because he had not submitted any requests for travel, this officer instructed the offender to report to the U.S. Probation Office that same date.

On September 6, 2019, Mr. Edmondson reported to the U.S. Probation Office to meet with this officer as instructed, although he arrived almost an hour after our agreed meeting time. During our meeting, the undersigned officer noticed that the offender had lost quite a bit of weight, and was highly agitated and fidgeting. Suspecting that the offender was under the influence, this officer inquired if he had been using methamphetamine. Mr. Edmondson admitted to using methamphetamine last on or about September 4, 2019. He signed an admission of use form confirming that admission.

As a result of his admitted drug use, Mr. Edmondson was instructed to schedule a substance abuse assessment with Pioneer Human Services.

In addition, during our meeting on September 6, 2019, the offender began crying as he informed this officer he had struck a teenage girl with his vehicle while she was riding her bike to school earlier that morning. Mr. Edmondson stated that he had not contacted law enforcement because the girl "looked ok," but this officer believes he did not notify law enforcement because he was under the influence of methamphetamine. Before departing, Mr. Edmondson reported the incident to the Spokane Police Department. No charges were subsequently filed.

3    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about September 8, 2019, Robert Edmondson admitted to the use of methamphetamine.

Prob12C
**Re: Edmondson, Robert D.**
**November 25, 2019**
**Page 3**

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On September 12, 2019, this officer made contact with the offender at his residence to conduct an unscheduled home visit. Mr. Edmondson was instructed to report to the U.S. Probation Office for random urinalysis testing, as he was not scheduled to participate in a substance abuse assessment with Pioneer Human Service until October 15, 2019.

On September 12, 2019, Mr. Edmondson reported to the U.S. Probation Office to submit to random urinalysis testing as instructed by this officer. He provided a urine sample that tested presumptive positive for methamphetamine, which was later confirmed positive by the laboratory. Mr. Edmondson later met with this officer and admitted to the use of methamphetamine on or about September 8, 2019. He signed an admission of use form confirming that admission of use.

4      **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about November 21, 2019, Robert Edmondson admitted to the use of methamphetamine.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On November 21, 2019, Mr. Edmondson reported to the U.S. Probation Office to meet with this officer to discuss information received from Pioneer Human Services (PHS) that they suspected the offender was actively using drugs.

The offender submitted to random urinalysis testing and submitted a urine sample that tested presumptive positive for methamphetamine. Mr. Edmondson admitted to the use of methamphetamine just the day before, on November 20, 2019. He signed an admission of use form confirming that admission.

When this officer inquired about the drug use, he claimed his vehicle had broken down on the side of the road and he happened to run into an old "friend" who offered him methamphetamine. The offender was very vague about the details of his use as well as the "friend" he claims to have used with, so this officer has doubts about those claims.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Edmondson, Robert D.
November 25, 2019
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/25/2019

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

11/25/2019

Date