# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson                Case Number: 0980 2:13CR00144-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓., Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 17, 2021 |

## PETITIONING THE COURT

To issue a summons and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about December 16, 2019, Robert Edmondson admitted to the use of methamphetamine.<br><br>On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.<br><br>On December 16, 2019, the offender appeared before U.S. Magistrate Judge Rodgers for an initial appearance. As previously instructed by this officer, Mr. Edmondson reported to the USPO to check-in following his court appearance. At that time, the offender was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. Mr. Edmondson subsequently admitted to using methamphetamine on or about December 15, 2019. He signed an admission of use form confirming that admission. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition

in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2019

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/19/2019
Date