Report Date: January 14, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert D. Edmondson | Case Number: 0980 2:13CR00144-RMP-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: May 17, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/25/2019 and 12/19/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On January 3, 2020, Robert Edmondson provided a urine sample that tested presumptive positive for methamphetamine and amphetamine. |
| | On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements. |
| | On January 3, 2020, the offender submitted to random urinalysis testing at Pioneer Human Services (PHS). He submitted a urine sample that tested presumptive positive for methamphetamine and amphetamine. According to the information received from PHS, Mr. Edmondson denied the use of a prohibited controlled substance and signed a denial of use form confirming that denial. |

On January 8, 2020, this officer received notification from PHS that the urine sample was confirmed by the laboratory to be positive for both methamphetamine and amphetamine.

On January 12, 2020, this officer spoke with the offender and he admitted he was "dirty" at the time of the random urinalysis test on January 3, 2020.

| | |
|---|---|
| 7 | **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On January 13, 2020, Robert Edmondson admitted to the use of methamphetamine on or about January 10, 2020.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.

On January 13, 2020, Mr. Edmondson reported to the U.S. Probation Office as instructed by this officer. He submitted to random urinalysis testing and submitted a urine sample that tested presumptive positive for methamphetamine. The offender admitted to the use of methamphetamine on or about January 10, 2020. He signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/14/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

1/14/2020
_____
Date