Report Date: January 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson          Case Number: 0980 2:13CR00144-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(08/23/2016) | Prison - 78 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: May 17, 2021 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/25/2019, 12/19/2019 and 01/14/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 10**: The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.<br><br>**Supporting Evidence**: On January 19, 2020, Robert Edmondson traveled outside the judicial district without authorization.<br><br>On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.<br><br>On January 21, 2020, this officer received notification that Robert Edmondson was contacted in Post Falls, Idaho, by the Idaho State Patrol (ISP) shortly after midnight. As a result, this officer contacted the offender and instructed him to report to the U.S. Probation Office.<br><br>On January 21, 2020, Mr. Edmondson reported to the U.S. Probation Office to meet with this officer as instructed. When questioned about his interaction with law enforcement, the offender confirmed he was in fact in Post Falls. According to Mr. Edmondson, he had gone to Post Falls to drop off a friend who did not have a ride home, which he stated he did not think was "a big deal." |

| | | |
|---|---|---|
| 9 | | **Standard Condition #15**: The defendant must not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: On January 19, 2020, Robert Edmondson was discovered in the company of Dustin Bailey Fitzgarrald, a convicted felon.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.

On January 21, 2020, this officer received notification that Robert Edmondson was contacted in Post Falls, by the ISP shortly after midnight. According to information received from ISP, Dustin Fitzgarrald was the passenger in Mr. Edmondson's vehicle. Mr. Fitzgarrald was subsequently taken into custody for being a fugitive from justice as well as being in possession of a controlled substance.

During our meeting on January 21, 2020, the offender confirmed that he was aware Dustin Fitzgarrald, his sister's ex-boyfriend, is a convicted felon.

10     **Special Condition # 22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On January 21, 2020, Robert Edmondson admitted to the use of methamphetamine on or about January 19, 2020.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence. He signed the judgment acknowledging the requirements.

On January 21, 2020, Mr. Edmondson reported to the U.S. Probation Office as instructed by this officer. He submitted to random urinalysis testing and submitted a urine sample that tested presumptive positive for methamphetamine. The offender admitted to the use of methamphetamine on or about January 19, 2020. He signed an admission of use form confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Edmondson, Robert D.**
**January 29, 2020**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

                                             _____
                                             Signature of Judicial Officer

                                             _____1/29/2020_____
                                             Date