PROB 12C
(6/16)

Report Date:  May 26, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson                 Case Number: 0980 2:13CR00144-RMP-1

Address of Offender:                          Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 21, 2014

Original Offense:          Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:        Prison - 120 months          Type of Supervision: Supervised Release
                          TSR - 36 months

Resentence:               Prison - 78 months
(08/23/2016)              TSR - 36 months

Asst. U.S. Attorney:      Caitlin A. Baunsgard          Date Supervision Commenced: May 18, 2018

Defense Attorney:         Francisco Carriedo            Date Supervision Expires: May 17, 2021

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/25/2019, 12/19/2019, 01/14/2020, and 01/29/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 22**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On May 13, 2020, Robert D. Edmondson admitted to the use of methamphetamine on or about May 11, 2020.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgement and sentence.  He signed the judgement acknowledging these requirements.

Prob12C
**Re: Edmondson, Robert D.**
**May 26, 2020**
**Page 2**

On May 13, 2020, this officer received notification from Pioneer Human Services (PHS) that the offender submitted to phase urinalysis on May 12, 2020, and tested presumptive positive for methamphetamine.

On that same date, the undersigned officer contacted Mr. Edmondson regarding the information received from PHS. He admitted to the use of methamphetamine on or about May 11, 2020. According to the offender, after speaking with this officer on May 11, 2020, he was very nervous that he would get in trouble for failing to report for phase urinalysis testing at PHS. He further advised that after speaking with the undersigned officer, he argued with his girlfriend, then left the house and used methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 26, 2020

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the
       case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

5/27/20

Date