PROB 12C
(6/16)

Report Date: July 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert D. Edmondson | Case Number: 0980 2:13CR00144-RMP-1 |
| Address of Offender: , Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Resentence:<br>(08/23/2016) | Prison - 78 months<br>TSR: 36 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | May 18, 2018 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: | May 17, 2021 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/25/2019, 12/19/2019, 01/14/2020, 01/29/2020, and 05/26/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 30, 2020, Robert D. Edmondson admitted to the use of methamphetamine on or about June 29, 2020.<br><br>On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence.  He signed the judgment acknowledging these requirements.<br><br>On June 30, 2020, this officer received notification from Pioneer Human Services (PHS) that the offender submitted to phase urinalysis testing on June 29, 2020, and tested presumptive positive for methamphetamine.  According to PHS, Mr. Edmondson provided two samples while there, both of which tested presumptive positive for methamphetamine, but neither of |

Prob12C
**Re: Edmondson, Robert D.**
**July 13, 2020**
**Page 2**

       which was substantial enough to be forwarded to the laboratory for verification. PHS further informed the undersigned officer that the offender had denied the use of any illicit substances.

       On that same date, the undersigned officer contacted Mr. Edmondson regarding the information received from PHS. He eventually admitted to the use of methamphetamine on or about June 29, 2020, and he insisted he had denied use to PHS because he wanted to speak with this officer. The offender claimed he was having back and leg pain and found a capsule of methamphetamine in his medication, which he ingested. When asked how he knew the substance he consumed was methamphetamine, the offender stated that capsule form was his preferred method for consuming methamphetamine, so he is familiar with what it looks like.

13    **Special Condition #20**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

       **Supporting Evidence**: On July 9, 2020, Robert D. Edmondson failed to report for substance abuse treatment as required.

       On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

       On July 10, 2020, this officer received notification from PHS that the offender failed to attend his substance abuse treatment group session as scheduled.

       This officer attempted to contact the offender to discuss his failure to report for treatment on July 10, 2020, but was unsuccessful. The offender did not contact the undersigned officer until after 9 p.m. on Sunday, July 12, 2020, when he sent a text message claiming he "fell asleep waiting to sign in."

       This officer has been unsuccessful in contacting the offender to further discuss the issue.

14    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: On July 9, 2020, Robert D. Edmondson failed to report for phase urinalysis testing when his assigned color was identified for testing.

       On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

Prob12C
**Re: Edmondson, Robert D.**
**July 13, 2020**
**Page 3**

On July 10, 2020, this officer received notification from PHS that the offender failed to report for phase urinalysis testing when his assigned color, "Gold 1," was identified for testing.

This officer attempted to contact the offender to discuss the missed urinalysis test on July 10, 2020, but was unsuccessful. Aside from a text message he sent the undersigned officer after 9 p.m. on Sunday, July 12, 2020, efforts to contact Mr. Edmondson to further discuss the issue have been unsuccessful.

15    **Standard Condition #18**: The defendant must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On July 10, 2020, Robert D. Edmondson failed to report to the undersigned officer as instructed.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On the morning of July 10, 2020, this officer attempted to contact the offender, via phone call and text message, to discuss his missed urinalysis test and treatment session at PHS the day prior, but was unsuccessful. The undersigned subsequently left Mr. Edmondson a voice and text message instructing him to contact this officer by noon on July 10, 2020.

Mr. Edmondson failed to contact this officer as instructed on July 10, 2020. In fact, it was not until after 9 p.m. on Sunday, July 12, 2020, when the offender sent a text message claiming he "meant to call (this officer) after work on Friday." The undersigned has still not been able to contact Mr. Edmondson.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/13/2020

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Edmondson, Robert D.**
**July 13, 2020**
**Page 4**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

7/13/2020
Date