PROB 12C
(6/16)

Report Date:  July 27, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of offender: Robert D. Edmondson | Case Number: 0980 2:13CR00144-RMP-1 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(08/23/2016) | Prison - 78 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: May 18, 2018 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: May 17, 2021 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/25/2019, 12/19/2019, 01/14/2020, 01/29/2020, 05/26/2020, and 7/13/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 16 | **Special Condition # 20**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On July 21, 2020, Robert Edmondson failed to participate in substance abuse treatment as required.<br><br>On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence.  He signed the judgment acknowledging these requirements. |

Prob12C
Re: Edmondson, Robert D.
July 27, 2020
Page 2

On July 22, 2020, this officer received notification from Pioneer Human Services (PHS) that the offender failed to participate in his group treatment session on July 21, 2020, as scheduled.

17    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 22, 2020, Robert Edmondson failed to report for phase urinalysis testing when his assigned color was identified for testing.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On July 23, 2020, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on July 22, 2020, when his assigned color was identified for testing.

18    **Special Condition #22**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 23, 2020, Robert Edmondson failed to report for random urinalysis testing as instructed by this officer.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On July 23, 2020, this officer contacted the offender regarding information received from PHS, advising that the client failed to report for phase urinalysis testing when his assigned color was identified for testing.

When the undersigned officer did finally speak with Mr. Edmondson, on July 23, 2020, this officer inquired about his failure to report for phase urinalysis testing the day prior. He claimed he was unable to report for testing because he was busy with work. While this officer is supportive of the offender's continued employment, the importance of his continued engagement in all aspects of substance abuse treatment was reiterated.

During that conversation, Mr. Edmondson was also instructed to report to PHS for random urinalysis testing that same date, July 23, 2020. The offender failed to report for testing as instructed.

19          **Special Condition # 20**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 23, 2020, Robert Edmondson failed to participate in substance abuse treatment as required.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On July 24, 2020, this officer received notification from PHS that the offender failed to participate in his group treatment session on July 23, 2020, as scheduled. According to the information received from PHS, Mr. Edmondson disconnected from the virtual session and did not return.

20          **Standard Condition # 9**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: On July 24, 2020, Robert Edmondson failed to report to the undersigned officer as instructed.

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On July 24, 2020, this officer received notification from PHS that the offender failed to participate in substance abuse treatment or report for random urinalysis testing on July 23, 2020, as required.

In response, the undersigned officer attempted to contact Mr. Edmondson, but was unsuccessful. The offender received a voice message and text message instructing him to contact the undersigned officer by noon on July 24, 2020. As of the writing of this report, the undersigned officer has still not received a response from the offender.

21          **Special Condition # 20**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 24, 2020, Robert Edmondson failed to participate in substance abuse treatment as required.

Prob12C
**Re: Edmondson, Robert D.**
**July 27, 2020**
**Page 4**

On May 21, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Edmondson, as outlined in the judgment and sentence. He signed the judgment acknowledging these requirements.

On July 27, 2020, this officer received notification from PHS that the offender failed to participate in his group treatment session on July 24, 2020, as scheduled.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/27/2020

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

7/27/2020

Date