PROB 12C
(6/16)

Report Date: July 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson         Case Number: 0980 2:13CR00144-RMP-1

Address of Offender:                          Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(August 23, 2016) | Prison- 78 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Francisco Carriedo | Date Supervision Expires: July 25, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition #4:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence:**   The offender is alleged to have violated special condition number 4, by failing to attend treatment at Pioneer Human Services (PHS) on June 9 and 14, 2021.<br><br>On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware that he must participate in the recommended substance abuse program.

Prob12C
**Re: Edmondson, Robert D.**
**July 27, 2021**
**Page 2**

        The probation officer received email correspondence from PHS indicating Mr. Edmondson failed to attend his intensive outpatient groups on June 9 and 14, 2021.

        **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

2        **Supporting Evidence**: The offender is alleged to have violated standard condition number 9, by failing to notify the probation officer within 72 hours of being questioned by law enforcement on or about June 27, 2021.

        On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must notify the undersigned within 72 hours of being arrested or questioned by a law enforcement officer.

        On June 27, 2021, the probation officer received notification that Mr. Edmondson's name was run by Washington State Patrol. According to the incident report, law enforcement made contact with the offender after responding to a report of a nude male lunging toward traffic. The undersigned contacted one of the responding officers who advised Mr. Edmondson was placed briefly in the back of a patrol vehicle and was subsequently taken by ambulance to the hospital. The officer also stated he suspected Mr. Edmondson was under the influence of a stimulant.

        Mr. Edmondson failed to report the aforementioned incident to the probation officer within 72 hours, as required.

3        **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about June 27, 2021.

        On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal controlled substances.

        On July 23, 2021, Mr. Edmondson admitted to the probation officer that he was under the influence of methamphetamine during the aforementioned incident that occurred on June 27, 2021.

4        **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

Prob12C
Re: Edmondson, Robert D.
July 27, 2021
Page 3

**Supporting Evidence**: The offender is alleged to violated standard condition number 4, by failing to be truthful when responding to the questions asked by the probation officer on or about July 1, 2021.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must be truthful when responding to questions asked by this officer.

On July 1, 2021, the undersigned conducted a home visit at the offender's residence. At that time, this officer questioned him regarding the incident described in violation number 2. Mr. Edmondson explained his truck broke down and he had removed his shirt to wrap around the melting wires in his truck. He said the heat started to affect him and an ambulance was called to take him to the hospital. He denied having any contact with law enforcement on the date of the incident.

5    **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by failing to be truthful when responding to the questions asked by the probation officer on July 1, 2021.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must be truthful when responding to questions asked by this officer.

On July 1, 2021, the undersigned questioned the offender regarding his employment status. At that time, Mr. Edmondson indicated he quit his job due to an upcoming knee surgery. After further investigation, the probation officer received information indicating he may have been fired by his previous employer.

On July 23, 2021, the undersigned questioned Mr. Edmondson further regarding the circumstances surrounding his recent unemployment, at which time he admitted he was fired.

6    **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about July 20, 2021.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must abstain from the use of illegal

Prob12C
Re: Edmondson, Robert D.
July 27, 2021
Page 4

controlled substances.

On July 20, 2021, Mr. Edmondson reported to Pioneer Human Services (PHS) and submitted a urine specimen that returned presumptive positive for methamphetamine and amphetamine. On this same date, he signed a denial form indicating he had not used the aforementioned substances.

On July 23, 2021, the probation officer addressed the positive urinalysis test with the offender. At that time, Mr. Edmondson admitted he used methamphetamine because he was scared due to an upcoming knee surgery.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 27, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

7/28/2021
Date