PROB 12C
(6/16)

Report Date: January 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson           Case Number: 0980 2:13CR00144-RMP-1

Address of Offender: 1705 North Wilson, Lot 11, Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(August 23, 2016) | Prison - 78 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: July 25, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about December 23, 2021.<br><br>On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances. |

Prob12C
Re: Edmondson, Robert D.
January 13, 2022
Page 2

On December 23, 2021, Mr. Edmondson reported to Pioneer Human Services (PHS) and submitted a urine specimen that returned positive for methamphetamine and amphetamine. He initially denied use of said substances, but later admitted to the probation officer that he had relapsed.

2   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to PHS for urinalysis testing on December 28, 2021.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must submit to urinalysis testing, as directed by his supervising officer.

On December 29, 2021, this officer received notification from PHS indicating the offender failed to report for urinalysis testing on December 28, 2021.

3   **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about December 30, 2021.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.

On January 4 and 5, 2022, Mr. Edmondson submitted urine specimens at PHS that returned positive for methamphetamine and amphetamine. At that time, he signed an admission form acknowledging use of said substances on or about December 30, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 13, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Edmondson, Robert D.**
**January 13, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____1/14/2022_____
Date