PROB 12C
(6/16)

Report Date: February 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson          Case Number: 0980 2:13CR00144-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(August 23, 2016) | Prison - 78 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: July 25, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/13/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting controlled substances, methamphetamine and amphetamine, on or about February 3, 2022.<br><br>On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances. |

Prob12C
Re: Edmondson, Robert D.
February 7, 2022
Page 2

On February 3, 2022, Mr. Edmondson reported to Pioneer Human Services (PHS) and submitted a urine specimen that returned positive for methamphetamine and amphetamine. On that same date, he signed an admission form acknowledging use of said substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 7, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/7/2022

Date