PROB 12C
(6/16)

Report Date: February 18, 2022

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson    Case Number: 0980 2:13CR00144-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(August 23, 2016) | Prison - 78 months<br>TSR- 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: July 25, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/13/2022, and 2/7/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

5    **Special Condition #5** : You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by ingesting a controlled substance, methamphetamine, on or about February 17, 2022.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the U.S. probation officer that he must abstain from the use of illegal controlled substances.

Prob12C
Re: Edmondson, Robert D.
February 18, 2022
Page 2

On February 17, 2022, Mr. Edmondson submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. On this same date, he signed a denial form indicating he had not used said substance.

On February 18, 2022, the undersigned contacted the offender to discuss the above-noted positive drug test. At that time, he admitted to using methamphetamine on or about February 17, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 18, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanne Malouf Peterson*
Signature of Judicial Officer

2/18/2022
Date