PROB 12C
(6/16)

Report Date: April 29, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 02, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert D. Edmondson | Case Number: 0980 2:13CR00144-RMP-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentenced:<br>(August 23, 2016) | Prison - 78 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: July 25, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/13/2022, 02/07/2022, and 02/18/2022.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed by his supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5 by failing to submit a urine specimen at Pioneer Human Services (PHS) on April 18, 2022. |

Prob12C
Re: Edmondson, Robert D.
April 29, 2022
Page 2

|   |   |
|---|---|
|   | The undersigned received email correspondence from PHS indicating Mr. Edmondson reported to their facility for urinalysis testing on April 18, 2022, however, he failed to provide a valid urine specimen. This officer spoke to PHS staff the following day who advised the offender was displaying erratic behavior and appeared to be under the influence of a controlled substance. |
| 7 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
|   | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend scheduled substance abuse treatment sessions at Spokane Addiction Recovery Centers (SPARC) on April 18, April 21, April 22, April 25, and April 28, 2022. |
|   | On April 29, 2022, this officer contacted the offender's treatment counselor at SPARC. She advised Mr. Edmondson failed to attend scheduled treatment sessions on April 18, April 21, April 22, April 25, and April 28, 2022. She stated his last date of attendance was on April 14, 2022. She further indicated that she will be sending an engagement letter to him instructing him to contact her by May 9, 2022. If he fails to do so, he will be discharged from treatment. |
| 8 | **Special Condition #1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
|   | **Supporting Evidence**: The offender is alleged to have violated special condition number 1, by failing to report for a scheduled mental health treatment session on April 21, 2022. |
|   | This officer received email correspondence from Robert Shepard indicating the offender failed to report for a scheduled mental health treatment session on April 21, 2022. He further advised that he has made multiple attempts to contact Mr. Edmondson, but as of this writing, he has failed to respond. |
| 9 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report as instructed. |
|   | **Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the probation officer on April 27, 2022. |
|   | On April 22, 2022, Mr. Edmondson was instructed to report to the U.S. Probation Office on April 27, 2022. He failed to report as directed. |

Prob12C
Re: Edmondson, Robert D.
**April 29, 2022**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 29, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/2/2022

Date