PROB 12C
(6/16)

Report Date: May 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert D. Edmondson          Case Number: 0980 2:13CR00144-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 21, 2014

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentenced:<br>(August 23, 2016) | Prison - 78 months<br>TSR - 36 months | |
| Revocation Sentence:<br>(August 5, 2020) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 26, 2021 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: July 25, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/13, 02/07/2022, 02/18/2022, and 04/29/2022.

On March 26, 2021, Mr. Edmondson's conditions of supervision were reviewed by his supervising officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C
Re: Edmondson, Robert D.
May 6, 2022
Page 2

**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to notify the probation officer of his change in residence.

On May 3, 2022, this officer contacted the offender's girlfriend in an effort to reach Mr. Edmondson. At that time, she informed the undersigned that Mr. Edmondson left their home on or about April 19, 2022, and he has not been back to the residence since. She further advised that she was unaware of his whereabouts and he has made no known efforts to contact this officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

5/6/2022
Date